THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Tisha Niakia Hargett, Appellant.
 
 
 

Appeal From York County
 John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No.  2005-UP-356
Submitted May 1, 2005  Filed May 23, 2005

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Aileen P. Clare, Office of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, all of Columbia; and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM:  Tisha Niakia Hargett appeals after pleading guilty to one count each of armed robbery, accessory after the fact to murder, and conspiracy.  She received sentences of five years for conspiracy, ten years for the armed robbery, and ten years for accessory after the fact.  The sentences for conspiracy and armed robbery run concurrently and the sentence for accessory after the fact, although consecutive to the other charges, was reduced to five years with five years probation.  Hargett argues that considering the particular circumstances of her case, such sentences constitute cruel and unusual punishment.  Pursuant to Anders v. California, 386 U.S. 738 (1967), Hargetts counsel attached a petition to be relieved stating that she has reviewed the record and found the appeal to be without merit.  Hargett did not file a separate pro se brief.
After a thorough review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.[1]
ANDERSON, J., STILWELL, and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.